## Blum and Sang, Appellees, v. Morris Kurtzon and Celia Kurtzon, Appellants.

**Gen. No. 45,672.**

Heineman & Langsett, for appellants; Frederic W. Heineman, Paul A. H. Shults, and Robert M. Grossmann, of counsel; Francis X. Busch, and Vincent J. Carney, for appellees. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full. Opinion filed May 12, 1953; released for publication August 4, 1953.